UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61982-AHS

RYAN TURIZO,
*Individually and*
*on behalf of all others similarly situated*,

    Plaintiff,                                                          CLASS ACTION

v.                                                                       JURY TRIAL DEMANDED

CASSA GROVE 28, LLC d/b/a
ZOI HOUSE APARTMENTS,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Ryan Turizo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff Ryan Turizo, individually, are hereby dismissed <u>without</u> prejudice.  All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: November 23, 2020

                                                                    Respectfully submitted,

                                                                    */s/ Manuel S. Hiraldo*
                                                                    Manuel S Hiraldo
                                                                    HIRALDO P.A.
                                                                    401 E. Las Olas Boulevard
                                                                    Suite 1400
                                                                    Ft. Lauderdale, FL 33301
                                                                    954-400-4713
                                                                    Email: mhiraldo@hiraldolaw.com